**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00232-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**BLAKE CHRISTOPHER DAVIS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-57322-K**

## ORDER

The State's May 20, 2015 motion to file an amended State's brief is **GRANTED**. The State's amended brief received by the Clerk on May 20, 2015 is **DEEMED** timely filed on the date of this order. We **STRIKE** the State's original brief filed on May 19, 2015.

/s/    LANA MYERS
        JUSTICE